FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GAEL ALEXSANDRO CARRIZALES,

Defendant.

Case No. 8:26-MJ-00669

ORDER OF DETENTION AFTER HEARING

[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).

These findings are based on the fact the following: allegations in the Petition including a recent arrest, recent drug use, family ties to Mexico, arrested with a loaded firearm while on supervised release, mental health concerns and Defendant attempted to flee from law enforcement at time of arrest.

IT THEREFORE IS ORDERED that the defendant be detained pending the preliminary hearing and/or final revocation proceedings in the charging district.

Dated: 10/29/2026

/s/ Autumn D. Spaeth
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge